NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 3 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> CRISOFORO FIDEL MEJIA-PEDRAZA, a.k.a. Crisoforo Fidel Pedraza, a.k.a. Javier Mejia-Pedazo, <br><br> Defendant-Appellant. | Nos. 18-10064 <br>       18-10065 <br><br> D.C. Nos. 4:17-cr-01203-JGZ <br>       4:17-cr-50161-JGZ <br><br> MEMORANDUM* |

Appeal from the United States District Court
for the District of Arizona
Jennifer G. Zipps, District Judge, Presiding

Submitted November 27, 2018**

Before:      CANBY, TASHIMA, and FRIEDLAND, Circuit Judges.

In these consolidated appeals, Crisoforo Fidel Mejia-Pedraza appeals his

guilty-plea conviction and 37-month sentence for reentry of a removed alien, in

violation of 8 U.S.C. § 1326, and the revocation of supervised release and 6-month

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

partially concurrent sentence imposed upon revocation.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Mejia-Pedraza's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  Mejia-Pedraza has filed a "motion," which we treat as a pro se supplemental brief and motion for appointment of new counsel.  No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief in these direct appeals.

Counsel's motion to withdraw is **GRANTED.**  Mejia-Pedraza's pro se motion for appointment of new counsel is **DENIED.**

**AFFIRMED.**